<u>**NOT FOR PUBLICATION**</u>

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. BANK, N.A., | Civil Action No.15-cv-2632 (SDW)(SCM) |
| Plaintiff, | |
| v. | **ORDER** |
| JANETT ALVARADO, et al, | |
| Defendants. | November 17, 2015 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 2, 2015 by Magistrate Judge Stephen C. Mannion ("Judge Mannion"), recommending that Plaintiff U.S. Bank, N.A.'s Motion to Remand (Dkt. No. 8) be granted. Defendants did not file an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (Dkt. No. 16) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                    s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Magistrate Judge Mannion